RICHARDS, Respondent, *v.* ALLEN, Appellant.

*(Supreme Court, General Term, Fifth Department. June 2, 1891.)*

Action by Richard D. Richards against Frances B. Allen.

No opinion. Judgment of the county court of Monroe county affirmed, with costs.

---

PEOPLE, Respondent, *v.* HAWES, Appellant.

*(Supreme Court, General Term, Fifth Department. June 2, 1891.)*

Indictment against Emily Hawes.

No opinion. Judgment and conviction affirmed, and case remitted to court of sessions of Niagara county to proceed therein.

---

PEOPLE, Respondent, *v.* TOWER, Appellant.

*(Supreme Court, General Term, Fifth Department. June 2, 1891.)*

Indictment against Stephen Tower.

No opinion. Case stands over to enable respondent to obtain correction of the appeal-book.

---

*In re* LINEY'S ESTATE.

*(Supreme Court, General Term, Fifth Department. June 2, 1891.)*

No opinion. Decree of the surrogate of Monroe county affirmed, with costs to both parties payable out of the estate. Affirming 13 N. Y. Supp. 551.

---

KNAPP, Respondent, *v.* NORTHWESTERN MUT. LIFE INS. CO., Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1891.)*

Action by Harriet C. Knapp against the Northwestern Mutual Life Insurance Company.

No opinion. Reargument ordered.

---

BACON, Respondent, *v.* JACOBS *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department. June, 1891.)*

Action by Orin S. Bacon, Jr., against Albert Jacobs and another.

No opinion. Reargument ordered.

---

WELLS, Respondent, *v.* SIBLEY *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department. June, 1891.)*

No opinion. Reargument ordered. See 12 N. Y. Supp. 956, 9 N. Y. Supp. 343.

---

BENNETT *et al.,* Respondents, *v.* KNAPP *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department. June, 1891.)*

No opinion. Reargument ordered. See 9 N. Y. Supp. 766.

---

WILDER, Respondent, *v.* STACE, Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1891.)*

No opinion. Reargument ordered. See 15 N. Y. Supp. 870.